**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

COURTNEY GASPER,

    Plaintiff,

v.                                            CASE NO.: 8:16-cv-02698-SCB-AAS

FIRST NATIONAL COLLECTION BUREAU, INC.,

    Defendants.

___

**NOTICE OF SETTLEMENT**

___

**PLAINTIFF,** COURTNEY GASPER, by and through his undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, COURTNEY GASPER, and Defendant, FIRST NATIONAL COLLECTION BUREAU, INC., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on this 31st day of January, 2017, the foregoing was served using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

                          */s/Stefan Alvarez*
                          Stefan A. Alvarez, Esq.
                          Florida Bar No.:  100681
                          Stefan@TheConsumerProtectionFirm.com William Peerce Howard, Esq.
                          Florida Bar No.:  0103330
                          Billy@TheConsumerProtectionFirm.com
                          The Consumer Protection Firm, PLLC
                          210-A South MacDill Avenue
                          Tampa, FL 33609
                          Telephone: (813) 500-1500
                          Facsimile: (813) 435-2369
                          *Attorney for Plaintiff*